# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-05 | E1670608 | DFC MERTZ | 6515 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 05/21/2025 13:59
Offense Charged: ☑ USC
Title 18 SEC 1.3

Place of Offense: 5640 KELSO RD, San Diego, CA, 92145

Offense Description: Factual Basis for Charge
18 USC 1382
Entering Military, Naval, or Coast Guard property. (TRESSPASSING)

### DEFENDANT INFORMATION
Last Name: GOURGUE
First Name: FRANZ
M.I.: M

[Street Address and other personal information redacted]

### APPEARANCE IS REQUIRED
A ☑ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount: $
+ $30 Processing Fee
Total Collateral Due: $

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature
Original - CVB Copy

*E1670608*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20 25 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

SEE ATTACHED PC STATEMENT

The foregoing statement is based upon:
☑ my personal observation
☑ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/21/2025
Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident